THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS DAGHITA, Appellant.— Appeal from a judgment convicting the defendant of the crime of grand larceny and from an order denying a motion for a change of the place of trial. The evidence sustains the verdict. No reversible error has been committed. Judgment of conviction and order unanimously affirmed. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ.

In the Matter of RICHARD KAPF, Petitioner, against C. CHESTER DuMOND, as Commissioner of Agriculture and Markets of the State of New York, Respondent.— Proceeding under article 78 of the Civil Practice Act to review an order of the respondent dated December 22, 1947, denying petitioner's application for an extension of his milk dealer's license issued for the license year ending March 31, 1948, which proceeding was transferred to this court by an order of the Albany Special Term entered February 13, 1948. The application was denied solely on the ground that the granting thereof would tend to a destructive competition in a market already adequately served and would not be in the public interest. The argument that in making his determination the commissioner did not exercise lawfully delegated power and that the statute under which he acted was not constitutional is without merit. Determination unanimously confirmed, without costs. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ. [See *post*, p. 951.]

FRANK CAMPBELL, Respondent, v. PAUL HOUSE et al., Appellants. WILLIAM DILLON, Respondent, v. PAUL HOUSE et al., Appellants.— Appeal from judgments entered on the verdicts of a jury in favor of the respondents in an action for negligence, and from orders denying motions for a new trial. The plaintiffs were passengers in an automobile driven by one of the appellants and owned by the other. The evidence sustains the verdict. Judgment and order unanimously affirmed, with one bill of costs to be divided between the respondents, and disbursements. Present — Hill, P. J., Heffernan, Brewster, Russell and Deyo, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED MADUGNO, Appellant.— Defendant was indicted by the Grand Jury of Delaware County for a misdemeanor, namely unlawfully entering a building. Prior to his indictment defendant had retained counsel to represent him. The attorney was not present upon the arraignment and the court assigned another attorney to represent him. Defendant entered a plea of guilty and was thereupon sentenced by the court to imprisonment in the Onondaga Penitentiary for a period of nine months. From that judgment the defendant has appealed. The record shows that defendant was not previously involved in any violation of law and the offense charged against him is his first. Defendant has already served a portion of his sentence. In the opinion of the court the sentence imposed upon defendant is too severe. The judgment of conviction is modified on the law and the facts, and the sentence is reduced to the time which defendant has already served in the County Jail of Delaware County and in the Onondaga Penitentiary and as thus modified the judgment is affirmed, and defendant is discharged from further imprisonment. Heffernan, Foster and Russell, JJ., concur; Hill, P. J., and Brewster, J., dissent. [191 Misc. 395.]